UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

February 2, 2001



MEMORANDUM TO COUNSEL RE:   JJID, Inc. v. Mayor and City Council
                            Case No. AMD 01-0219

    Per your conversation with chambers on February 1, 2001, this is to confirm that a hearing has been scheduled in the above titled case for Tuesday, February 6, 2001, at 2:00 p.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

    Very truly yours,

    Andre M. Davis
    United States District Judge

AMD:tt
cc: Court file