IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JJID, INC., <br>     Plaintiff | : <br> : <br> : |
| v. | :    Civil No. AMD 01-219 |
| MAYOR AND CITY <br> COUNCIL OF OCEAN CITY, <br>     Defendant | : <br> : <br> : |

...o0o...

ORDER

This case came before the Court for a hearing on the plaintiff's motion for temporary restraining order and for preliminary injunction. The evidence having been considered, counsel having been heard, and the Court having rendered its findings and conclusions on the record, it is this 6th day of February, 2001, ORDERED

(1) That the motion (Paper No. 2) IS DENIED; and it is further ORDERED

(2) That plaintiff is directed to file a status report as to the need for further proceedings herein on or before February 13, 2001; and it is further ORDERED

(3) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge