UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JJID, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. AMD 01 CV0219 |
| | ) |
| MAYOR AND CITY COUNCIL OF OCEAN CITY, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendants, through their respective counsel, hereby jointly stipulate to the dismissal of this case, with prejudice, in its entirety. Each party is to assume its own costs.

Pursuant to agreement between counsel made on February 8, 2001, Plaintiff's counsel has permission from Defendant's counsel to sign this Stipulation for both parties.

Respectfully submitted,

Counsel for Plaintiff                                   Counsel for Defendants

_____                               _____
Nick R. Hoogstraten                                     Guy R. Ayres, III
Bar No. 5578                                            Bar No. 6383
Bastianelli, Brown & Kelley, Chtd.                      City Solicitor
Two Lafayette Centre                                    Ayres, Jenkins, Gordy & Almand, P.A.
1133 21st Street, NW, Suite 500                         5200-B Coastal Highway
Washington, DC 20036                                    Ocean City, Maryland 21842
(202) 293-8815                                          (410) 723-1400
Fax: (202) 293-7994                                     Fax: (410) 723-1861

2/12/2001 APPROVED
            [signature]



## Certificate of Service

I HEREBY CERTIFY that on the ___7th___ day of February, 2001, a copy of the foregoing was served by first-class mail on:

> Guy R. Ayres, III, Esquire
> City Solicitor
> Ayres, Jenkins, Gordy & Almand, P.A.
> 5200-B Coastal Highway
> Ocean City, Maryland 21842

_____
Nick R. Hoogstraten

P:\NRH\JJIDSTIP.DIS 2